## FRANK VANDEVER *v.* COMMISSIONER OF CORRECTION
### (AC 22933)

Lavery, C. J., and Foti and Flynn, Js.

Submitted on briefs May 2—officially released June 10, 2003

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal from the dismissal of the petition for a writ of habeas corpus.

The appeal is dismissed.

## RICHARD A. LORICCO, SR., TRUSTEE *v.* EDMUND L. PANTANI ET AL.
### (AC 22609)

Dranginis, McLachlan and Hennessy, Js.

Argued June 2—officially released July 8, 2003

Per Curiam. The judgment is affirmed.

## FREDERICK ALTFETER ET AL. *v.* BOROUGH OF NAUGATUCK ET AL.
### (AC 22196)

Schaller, Mihalakos and Hennessy, Js.

Argued June 6—officially released July 8, 2003

Per Curiam. The judgment is affirmed.